UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RODRIGUEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>MANUFACTURED HOME COMMUNITY MANAGEMENT, INC.; BRIZA RAMIREZ, and DOES 1 to 10,<br>            Defendants. | **CASE NO.:** 2:13-cv-08071-BRO-CW<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 1, 2014

_____

Hon. Beverly Reid O'Connell

---

Case No.: 2:13-cv-08071-BRO-CW         1         ORDER FOR DISMISSAL WITH PREJUDICE